UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DENNIS TOOLEY,<br>an individual,<br><br>Plaintiff,<br>vs.<br><br>HEIDNER PROPERTY MANAGEMENT COMPANY, INC.,<br>an Illinois Corporation,<br><br>Defendant. | CASE NO.: 1:24-cv-08195 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendant, by and through their respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to dismiss Defendant of all counts and claims asserted in this matter with prejudice and, except as agreed between the parties, each party to bear their own attorneys' fees, costs, and expenses.

Dated: February 28, 2025

Respectfully submitted,

*/s/Brian W. Coffman*

Brian W. Coffman, Esq.
COFFMAN LAW OFFICES P.C.
2615 North Sheffield Avenue, Suite #1
Chicago, IL 60614
Tel: (773) 348-1295
Fax: (773) 242-6188
bcoffmanlaw@gmail.com

*Attorney for Plaintiff*

Respectfully submitted,

*/s/ Lisa Handler Ackerman*

Lisa Handler Ackerman, Esq.
Wilson, Elser, Moskowitz,
Edelman & Dicker LLP
55 West Monroe Street, Suite 3800
Chicago, Illinois 60603
Tel: (312) 704-0550
Fax: (312) 704-1522
lisa.ackerman@wilsonelser.com

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2025, a true and correct copy of the foregoing was submitted to the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to:

Lisa Handler Ackerman, Esq.
Wilson, Elser, Moskowitz,
Edelman & Dicker LLP
55 West Monroe Street, Suite 3800
Chicago, Illinois 60603
Fax: (312) 704-1522
lisa.ackerman@wilsonelser.com

By: *<u>/s/Brian W. Coffman</u>*
Brian W. Coffman, Esq.